## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| AMERITOX, LTD. | ) | |
| | ) | |
| Plaintiff/Counter-defendant, | ) | |
| | ) | |
| v. | ) | Case No.: 8-11-cv-00775-SCB-TPM |
| | ) | |
| MILLENNIUM LABORATORIES, INC., | ) | |
| | ) | |
| Defendant/Counter-claimant. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL

Defendant/Counter-Claimant Millennium Laboratories, Inc. ("Millennium") hereby

withdraws Count IV of its Counterclaim for violation of Texas's Deceptive Trade Practices Act-

Consumer Protection Act, as well as its request for fees pursuant to Section 817.41 of the Florida

Statutes in the Prayer for Relief.  D.E. 133.  Millennium maintains all other claims and defenses,

affirmative or otherwise.


Dated: October 15, 2012

/s/ Steven P. Hollman
Steven P. Hollman (admitted *pro hac vice*)
Robert B. Wolinsky (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
202.637.5672 (telephone)
202.637.5910 (facsimile)
steven.hollman@hoganlovells.com
robert.wolinsky@hoganlovells.com


Michael Hooker
Florida Bar No. 330655
Guy P. McConnell
Florida Bar No. 472697

PHELPS DUNBAR LLP
100 S. Ashley Dr., Suite 1900
Tampa, FL 33602
813.472.7550 (telephone)
813.472.7570 (facsimile)
hookerm@phelps.com
guy.mcconnell@phelps.com

Kevin J. Napper
Florida Bar No. 656062
**CARLTON FIELDS**
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, Florida  33607-5780
813.229.4312 (telephone)
813.229.4133 (facsimile)
knapper@carltonfields.com

*Counsel for Defendant/Counter-claimant*
*Millennium Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 15, 2012, I electronically filed the foregoing with

the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all

counsel of record.


*/s/ Steven P. Hollman*
Steven P. Hollman