UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERITOX, LTD.,

    Plaintiff,

v.                                                             Case No.: 8:11-cv-775-T-24-TBM

MILLENNIUM LABORATORIES, INC.,

    Defendant.

_____/

## ORDER

This cause comes before the Court on Defendant's Motion for Leave to File Under Seal. (Doc. No. 141). The Court held a hearing on the motion on October 19, 2012. As explained at the hearing, the parties are directed to do the following:

    (1)     By ***October 24, 2012***, Defendant is directed to provide Plaintiff with a copy of the proposed motion to stay discovery and all exhibits to be attached thereto, and Defendant is directed to provide a courtesy copy of the same to the undersigned's chambers.

    (2)     By ***October 31, 2012***, Plaintiff is directed to provide Defendant with Plaintiff's additional response to Defendant's motion to seal and to provide a courtesy copy of the same to the undersigned's chambers.

    (3)     By ***November 5, 2012***, Defendant is directed to provide Plaintiff with its reply and to provide a courtesy copy of the same to the undersigned's chambers.

    (4)     By ***November 5, 2012***, the parties are directed to file proposed case management deadlines for this case. If the parties can agree to the proposed deadlines, they

should file a joint motion to extend deadlines. If the parties cannot agree to the proposed deadlines, they should each file a motion to extend deadlines (not to exceed six pages) by November 5, 2012 and responses thereto (not to exceed six pages) must be filed by November 9, 2012.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of October, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to: All parties and Counsel of Record