**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMERITOX, LTD.,

    Plaintiff,

v.                                                                      Case No.: 8:11-cv-775-T-24-TBM

MILLENNIUM LABORATORIES, INC.,

    Defendant.

_____/

**ORDER**

This cause comes before the Court on Ameritox's Motion to Exclude Deposition

Testimony and Compel Settlement Agreement.  (Doc. No. 498).  Millennium opposes the

motion.  (Doc. No. 506).  As explained below, the motion is granted in part and deferred in part.

Ameritox moves for a Court order directing Millennium to provide it with a copy of the

settlement agreement entered into in an unrelated case on May 5, 2014 between Jodie Strain (a

witness in this case) and Millennium.  The Court concludes that the settlement agreement is

relevant and will direct that Millennium provide Ameritox with a copy by May 30, 2014.

Next, Ameritox moves to exclude the introduction of Strain's May 22, 2014 deposition

testimony.  Ameritox has indicated in its motion that it intends to call Strain to testify live at

trial. If Ameritox calls Strain to testify live, Millennium can cross-examine Strain at that time,

and use of her May 22, 2014 deposition (for reasons other than impeachment) would be

unnecessary.  If Ameritox does not call Strain to testify live at trial, and instead introduces her

November 2012 deposition testimony,[1] the Court will determine at that time whether to allow

---

[1]The Court notes that Ameritox has not submitted Strain's November 2012 deposition for
the Court's review regarding the designations.

Millennium to introduce Strain's May 22, 2014 deposition testimony.

Accordingly, it is **ORDERED AND ADJUDGED** that Ameritox's Motion to Exclude Deposition Testimony and Compel Settlement Agreement (Doc. No. 498) is **GRANTED** to the extent that the Court directs Millennium to provide Ameritox with a copy of the settlement agreement by May 30, 2014.  The Court defers ruling on the motion to the extent that Ameritox's seeks to exclude Strain's May 22, 2014 deposition testimony.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of May, 2014.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge