# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JUDGMENT IN A CIVIL CASE**

AMERITOX, LTD.,

    Plaintiff(s),

vs.                                      CASE NUMBER: 8:11-cv-775-T-24TBM

MILLENNIUM LABORATORIES, INC.,

    Defendant(s).


☒  **Jury Verdict.**  This action came before the court for trial by jury.  The issues have been tried and the jury has rendered its verdict.


**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Plaintiff Ameritox, LTD., and against the Defendant, Millennium Laboratories, Inc., on Counts V and VI of the amended complaint for actual damages in the total amount of $2,755,000.00 and for punitive (including exemplary) damages in the total amount of $12,000,000.00. Judgment is entered in favor of Millennium and against Ameritox on Counts II and IV of the amended complaint.

As to Millennium's counterclaims, judgment is entered in favor of Ameritox on all of the counterclaims.


June 16, 2014

                                    **SHERYL L. LOESCH, CLERK**


                                BY   *s/Susan Saylor*
                                        Deputy Clerk