# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**AMENDED JUDGMENT IN A CIVIL CASE**

AMERITOX LTD.,

    Plaintiff(s),

vs.                             CASE NUMBER:  8:11-cv-775-T-24TBM

MILLENNIUM LABORATORIES, INC.,

    Defendant(s).


☒    **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Plaintiff Ameritox, LTD., and against the Defendant, Millennium Laboratories, Inc., on Counts VI and VII of the amended complaint for actual damages in the total amount of $2,755,000.00 and for punitive (including exemplary) damages in the amount of $12,000,000.00. Judgment is entered in favor of Millennium and against Ameritox on Counts II, III, IV ad V of the amended complaint.

    As to Millennium's counterclaims, judgment is entered in favor of Ameritox on all of the counterclaims.

**August 18, 2014**

                                            **SHERYL   L.   LOESCH, CLERK**

                                            BY   *s/Susan Saylor*
                                                         Deputy Clerk