UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AMERITOX, LTD., | ) |
| Plaintiff/Counter-defendant, | ) |
| v. | ) Case No.: 8:11-cv-00775-SCB-TBM |
| MILLENNIUM LABORATORIES, INC., | ) |
| Defendant/Counter-claimant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant/counter-Millennium Health, LLC (formerly known as Millennium Laboratories, Inc.) discloses that it is a wholly-owned subsidiary of Millennium Lab Holdings II, LLC, a Delaware limited liability company, and that there are no publicly held corporations that own 10% or more of its stock.

Dated: September 4, 2014      Respectfully submitted,

/s/ Peter Simshauser
James R. Carroll (admitted *pro hac vice*)
Peter Simshauser (admitted *pro hac vice*)
Christopher A. Lisy (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
Peter.Simshauser@skadden.com
James.Carroll@skadden.com
Christopher.Lisy@skadden.com

        Lance Etcheverry (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
(213) 687-5000
Lance.Etcheverry@skadden.com

Kevin J. Napper (FBN 656062)
CARLTON FIELDS, P.A.
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
(813) 223-7000
knapper@carltonfields.com

*Counsel for Defendant/Counter-claimant Millennium Health, LLC f/k/a Millennium Laboratories, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 4, 2014, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will provide electronic notification to all counsel of record.

        /s/ Peter Simshauser
        Peter Simshauser